John R. Keville *(Pro Hac Vice)*
Dustin J. Edwards *(Pro Hac Vice)*
William M. Logan *(Pro Hac Vice)*
WINSTON & STRAWN LLP
800 Capitol St., Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: jkeville@winston.com
Email: dedwards@winston.com
Email: wlogan@winston.com

David P. Enzminger (SBN 137065)
Matthew R. McCullough (SBN 301330)
WINSTON & STRAWN, LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025-1203
Telephone: (650) 858-6500
Facsimile: (650) 858-6550
Email: denzminger@winston.com
Email: mrmccullough@winston.com

Attorneys for Plaintiff
CONTOUR IP HOLDING, LLC

Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Michelle Ann Clark (Bar No. 243777)
michelleclark@quinnemanuel.com
Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Nathan Sun (Bar No. 284782)
nathansun@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant,
GOPRO, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>GOPRO, INC.,<br><br>  Defendant. | Case Number: 17-cv-04738-WHO<br><br>**JOINT STIPULATION AND ORDER RELATING CASES; ORDER RELATING CASES, VACATING TRIAL DATE AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Judge: William H. Orrick |

1    Plaintiff Contour IP Holding, LLC ("Contour") and Defendant GoPro, Inc. ("GoPro") hereby
2  jointly stipulate as follows:
3    WHEREAS, Contour and GoPro agree that the below two cases satisfy the definition of related
4  cases in Civil Local Rule 3-12 and should thus be deemed related:
5  • Case No. 17-cv-04738, *Contour IP Holding, LLC v. GoPro, Inc.* (Judge Orrick)
6  • Case No. 21-cv-02143, *Contour IP Holding, LLC v. GoPro, Inc.* (Magistrate Judge Spero)
7
8  **NOW THEREFORE, IT IS HEREBY STIPULATED** and the parties request the Court order that
9  the following cases are related and the clerk should reassign Case No. 21-cv-02143 to this Court (Judge
10 Orrick):
11 • Case No. 17-cv-04738, *Contour IP Holding, LLC v. GoPro, Inc.* (Judge Orrick)
12 • Case No. 21-cv-02143, *Contour IP Holding, LLC v. GoPro, Inc.* (Magistrate Judge Spero)

| | |
|---|---|
| Dated:  March 31, 2021 | */s/ Matthew R. McCullough* |
| | John R. Keville *(Pro Hac Vice)* |
| | Dustin J. Edwards *(Pro Hac Vice)* |
| | William M. Logan *(Pro Hac Vice)* |
| | WINSTON & STRAWN LLP |
| | 800 Capitol St., Suite 2400 |
| | Houston, TX 77002-2925 |
| | Telephone: (713) 651-2600 |
| | Facsimile: (713) 651-2700 |
| | Email: jkeville@winston.com |
| | Email: dedwards@winston.com |
| | Email: wlogan@winston.com |
| | |
| | David P. Enzminger (SBN 137065) |
| | Matthew R. McCullough (SBN 301330) |
| | WINSTON & STRAWN, LLP |
| | 275 Middlefield Road, Suite 205 |
| | Menlo Park, CA  94025-1203 |
| | Telephone: (650) 858-6500 |
| | Facsimile: (650) 858-6550 |
| | Email: denzminger@winston.com |
| | Email: mrmccullough@winston.com |
| | |
| | Counsel for Plaintiff |
| | CONTOUR IP HOLDING LLC |
| Dated:  March 31, 2021 | */s/ Michelle A. Clark* |
| | Sean S. Pak (Bar No. 219032) |
| | *seanpak@quinnemanuel.com* |
| | Michelle Ann Clark (Bar No. 243777) |
| | *michelleclark@quinnemanuel.com* |
| | Jordan Jaffe (Bar No. 254886) |
| | *jordanjaffee@quinnemanuel.com* |
| | Nathan Sun (Bar No. 284782) |
| | *nathansun@quinnemanuel.com* |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | 50 California St., 22nd Floor |
| | San Francisco, California 94111 |
| | Telephone:  (415) 875-6600 |
| | Facsimile:  (415) 875-6700 |
| | |
| | Attorneys for Defendant |
| | GoPro, Inc. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**In addition, the trial set in Case No. 17-4738 will have to be continued.  The Court sets a Case Management Conference on May 4, 2021 at 2 p.m. in both cases to discuss whether they**

1  **should be consolidated and what an appropriate case/trial schedule should be for each/both**

2  **cases.  A Joint Case Management Statement is due April 27,2021.**

3

4   Date:  April 1, 2021

5                                                                                       Honorable William H. Orrick
6                                                                                       United States District Judge

**CONCURRENCE IN FILING**

I, Matthew R. McCullough, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  March 31, 2021          */s/ Matthew R. McCullough*

                                Matthew R. McCullough