```
                                              Pages 1 - 14

           UNITED STATES DISTRICT COURT

         NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Orrick, Judge

CONTOUR IP HOLDING, LLC,      )
                              )
          Plaintiff,          )  CONSOLIDATED CASES
                              )  NO. 3:17-CV-04738 WHO
  VS.                         )  NO. 3:21-CV-02143 WHO
                              )
GOPRO, INC.,                  )
                              )
          Defendant.          )
_____)

                      San Francisco, California

                         MASTER INDEX
```

**APPEARANCES**:

For Plaintiff:
        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
        845 Texas Avenue, 25th Floor
        Houston, Texas 77002
  BY: **JOHN R. KEVILLE, ATTORNEY AT LAW**
      **MICHELLE C. REPLOGLE, ATTORNEY AT LAW**
      **SUNNY AKARAPU, ATTORNEY AT LAW**
      **MICHAEL C. KRILL, ATTORNEY AT LAW**

For Defendant:
        ALSTON & BIRD LLP
        One Atlantic Center
        1201 West Peachtree Street
        Atlanta, Georgia  30309
  BY: **JOHN D. HAYNES, ATTORNEY AT LAW**
      **SLOANE S. KYRAZIS, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Ana Dub, RMR, RDR, CRR, CCRR, CRG, CCG
              CSR No. 7445, Official United States Reporter

```
 1   APPEARANCES:  (CONTINUED)

 2   For Defendant:
                          ALSTON & BIRD LLP
 3                        55 Second Street, Suite 2100
                          San Francisco, California 94105
 4                   BY:  MICHELLE A. CLARK, ATTORNEY AT LAW
                          PHILIP C. DUCKER, ATTORNEY AT LAW
 5

 6                        ALSTON & BIRD LLP
                          2828 North Harwood Street, Suite 1800
 7                        Dallas, Texas  75201
                     BY:  ELLIOTT C. RICHES, ATTORNEY AT LAW
 8
                          ALSTON & BIRD LLP
 9                        Vantage South End
                          1120 South Tryon Street, Suite 300
10                        Charlotte, North Carolina 28203
                     BY:  KARLEE N. WROBLEWSKI, ATTORNEY AT LAW
11

12   Also Present:
                          Robert Mooney, Contour Corporate Rep
13                        Pablo Lema, GoPro Corporate Rep
                          Tyler Gee, Deputy General Counsel, GoPro
14                        Jesse Taylor, Trial Technician
                          Allen Eaton, Trial Technician
15                        Luke Arndt, Trial Technician
                          Sarah Moyer, Trial Technician
16

17

18

19

20

21

22

23

24

25
```

```
 1                      M A S T E R   I N D E X

 2

 3   Monday, September 29, 2025 - Volume 1

 4   Tuesday, September 30, 2025 - Volume 2

 5   Wednesday, October 1, 2025 - Volume 3

 6   Thursday, October 2, 2025 - Volume 4

 7   Friday, October 4, 2025 - Volume 5

 8   Monday, October 6, 2025 - Volume 6

 9   Tuesday, October 7, 2025 - Volume 7

10   Wednesday, October 8, 2025 - Volume 8

11   Thursday, October 9, 2025 - Volume 9

12   Friday, October 10, 2025 - Volume 10

13
                                                         PAGE   VOL.
14
     Preliminary Jury Instructions                         40    1
15   Jury Voir Dire                                        45    1
     Jury Instructions                                    147    1
16   Opening Statement by Mr. Keville                     162    1
     Opening Statement by Mr. Haynes                      190    1
17   Plaintiff  Rests                                     874    5
     Charging Conference                                  949    5
18   Defense Rests                                       1313    7
     Charging Conference                                 1361    7
19   Plaintiff Rests Rebuttal                            1415    8
     Defendant Rests Surrebuttal                         1435    8
20   Jury Instructions                                   1435    8
     Closing Argument by Mr. Keville                     1473    8
21   Closing Argument by Mr. Haynes                      1517    8
     Rebuttal Argument by Mr. Keville                    1570    8
22   Final Jury Instructions                             1577    8
     Jury Question                                       1585    9
23   Jury Question                                       1597    9
     Proceedings Regarding Jury                          1604   10
24   Verdict                                             1607   10

25
```

# MASTER INDEX

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **BARROS, MARC** | | |
| By Video Deposition (not reported) | 229 | 2 |
| **HARRISON, JAMES ALEXANDER TOBIAS** | | |
| (SWORN) | 230 | 2 |
| Direct Examination by Mr. Keville | 231 | 2 |
| Cross-Examination by Mr. Haynes | 270 | 2 |
| Redirect Examination by Mr. Keville | 289 | 2 |
| **MANDER, RICHARD IAN** | | |
| (SWORN) | 291 | 2 |
| Direct Examination by Ms. Replogle | 292 | 2 |
| Cross-Examination by Mr. Haynes | 382 | 2 |
| **MANDER, RICHARD IAN (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 417 | 3 |
| Cross-Examination resumed by Mr. Haynes | 417 | 3 |
| Redirect Examination by Ms. Replogle | 437 | 3 |
| **HU, PH.D., JING** | | |
| (SWORN) | 439 | 3 |
| Direct Examination by Mr. Krill | 440 | 3 |
| Cross-Examination by Mr. Haynes | 513 | 3 |
| Redirect Examination by Mr. Krill | 544 | 3 |
| **WOODMAN, NICHOLAS D.** | | |
| (SWORN) | 549 | 3 |
| Direct Examination by Mr. Keville | 550 | 3 |

## MASTER INDEX

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **WOODMAN, NICHOLAS D.** | | |
| (SWORN) | 549 | 3 |
| Direct Examination by Mr. Keville | 550 | 3 |
| | | |
| **WOODMAN, NICHOLAS D. (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 592 | 4 |
| Direct Examination resumed by Mr. Keville | 592 | 4 |
| Cross-Examination by Mr. Woodman | 640 | 4 |
| Redirect Examination by Mr. Keville | 702 | 4 |
| Recross-Examination by Mr. Haynes | 709 | 4 |
| **GREEN, JASON** | | |
| By Video Deposition (not reported) | 715 | 4 |
| | | |
| **MOONEY, ROBERT PAUL KALMAR** | | |
| (SWORN) | 716 | 4 |
| Direct Examination by Ms. Replogle | 716 | 4 |
| Cross-Examination by Mr. Ducker | 747 | 4 |
| | | |
| **MOONEY, ROBERT PAUL KALMAR (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 782 | 5 |
| Cross-Examination resumed by Mr. Ducker | 782 | 5 |
| Redirect Examination by Ms. Replogle | 787 | 5 |
| | | |
| **KAZHDAN, VLAD** | | |
| By Video Deposition (not reported) | 791 | 5 |
| | | |
| **HELFER, ROSS T.** | | |
| By Video Deposition (not reported) | 792 | 5 |
| | | |
| **UGONE, KEITH R.** | | |
| (SWORN) | 792 | 5 |
| Direct Examination by Ms. Replogle | 793 | 5 |
| Cross-Examination by Ms. Clark | 822 | 5 |
| Redirect Examination by Ms. Replogle | 873 | 5 |

```
 1                      M A S T E R   I N D E X

 2

 3   PLAINTIFF'S WITNESSES                               PAGE   VOL.

 4   HU, JING (RECALLED)
     (PREVIOUSLY SWORN)                                  1314    7
 5   Direct Examination by Mr. Krill                     1314    7
     Cross-Examination by Mr. Haynes                     1332    7
 6

 7   HU, JING (RECALLED IN REBUTTAL)
     (PREVIOUSLY SWORN)                                  1402    8
 8   Cross-Examination resumed by Mr. Haynes             1402    8
     Redirect Examination by Mr. Krill                   1413    8
 9

10

11   DEFENDANT'S WITNESSES                               PAGE   VOL.

12   LEMA, PABLO
     (SWORN)                                              874    5
13   Direct Examination by Ms. Clark                      875    5
     Cross-Examination by Mr. Krill                       903    5
14

15   LIU, DICKY JI-AN
     (SWORN)                                              922    5
16   Direct Examination by Mr. Ducker                     922    5
     Cross-Examination by Mr. Krill                       941    5
17   Redirect Examination by Mr. Ducker                   945    5

18   O'DONNELL, LAURA
     By Video Deposition (not reported)                   946    5
19

20   LEGALL, DIDIER
     (SWORN)                                              998    6
21   Direct Examination by Mr. Haynes                     999    6
     Cross-Examination by Mr. Keville                    1039    6
22   Redirect Examination by Mr. Haynes                  1068    6

23

     ALMEROTH, KEVIN CHRISTOPHER
24   (SWORN)                                             1074    6
     Direct Examination by Ms. Clark                     1075    6
25   Cross-Examination by Mr. Keville                    1154    6
```

1                          **M A S T E R   I N D E X**

2

3   **DEFENDANT'S WITNESSES**                                  **PAGE**  **VOL.**

4   **ALMEROTH, KEVIN CHRISTOPHER (RECALLED)**
    (PREVIOUSLY SWORN)                                         1184     7
5   Cross-Examination resumed by Mr. Keville                   1185     7
    Redirect Examination by Ms. Clark                          1213     7
6

7   **KENNEDY, PATRICK FITZGERALD**
    (SWORN)                                                    1233     7
8   Direct Examination by Mr. Ducker                           1233     7
    Cross-Examination by Ms. Replogle                          1278     7
9   Redirect Examination by Mr. Ducker                         1312     7

10

11  **DONOVAN, PAUL "NIPPER"**
    By Video Deposition (not reported)                         1314     7
12

13  **ALMEROTH, KEVIN CHRISTOPHER (RECALLED IN SURREBUTTAL)**
    (PREVIOUSLY SWORN)                                         1415     8
14  Direct Examination by Ms. Clark                            1416     8
    Cross-Examination by Mr. Keville                           1428     8
15  Redirect Examination by Ms. Clark                          1433     8

16

17

18

19

20

21

22

23

24

25

**MASTER INDEX**

**EXHIBITS**

| | TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|---|
| | 1 | | 360 | 2 |
| | 2 | | 360 | 2 |
| | PDX-2 | | 404 | 3 |
| | PDX-3 | | 404 | 3 |
| | 3 | | 719 | 4 |
| | 4 | | 728 | 4 |
| | 6 | | 301 | 2 |
| | 8 | | 344 | 2 |
| | 10 | | 329 | 2 |
| | 14 | | 951 | 5 |
| | JTX-14 | | 1184 | 7 |
| | 21 | | 338 | 2 |
| | 26 | | 315 | 2 |
| | 27 | | 313 | 2 |
| | 43 | | 244 | 2 |
| | 55 | | 459 | 3 |
| | 56 | | 459 | 3 |
| | 57 | | 459 | 3 |
| | 69 | | 459 | 3 |
| | 71 | | 459 | 3 |
| | 74 | | 459 | 3 |
| | 87 | | 459 | 3 |

**MASTER INDEX**

**EXHIBITS**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 100 | | 504 | 3 |
| 120 | | 459 | 3 |
| 148 | | 459 | 3 |
| 149 | | 459 | 3 |
| 152 | | 459 | 3 |
| 155 | | 451 | 3 |
| 156 | | 459 | 3 |
| 158 | | 459 | 3 |
| 159 | | 459 | 3 |
| 160 | | 459 | 3 |
| 259 | | 558 | 3 |
| 263 | | 560 | 3 |
| 303 | | 695 | 4 |
| 304 | | 598 | 4 |
| 363 | | 596 | 4 |
| 367 | | 595 | 4 |
| 405 | | 622 | 4 |
| 412 | | 620 | 4 |
| 426 | | 597 | 4 |
| 442 | | 367 | 2 |
| 443 | | 366 | 2 |
| 444 | | 369 | 2 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| | **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|---|
| 4 | 454 | | 263 | 2 |
| 5 | 455 | | 265 | 2 |
| 6 | 459 | | 259 | 2 |
| 7 | 463 | | 284 | 2 |
| 8 | 469 | | 258 | 2 |
| 9 | 470 | | 238 | 2 |
| 10 | 495 | | 1148 | 6 |
| 11 | 579 | | 267 | 2 |
| 12 | 580 | | 267 | 2 |
| 13 | 702 | | 512 | 3 |
| 14 | 702 | | 792 | 5 |
| 15 | 813 | | 459 | 3 |
| 16 | 814 | | 464 | 3 |
| 17 | 815 | | 459 | 3 |
| 18 | 816 | | 459 | 3 |
| 19 | 817 | | 459 | 3 |
| 20 | 818 | | 459 | 3 |
| 21 | 1000 | | 662 | 4 |
| 22 | 1079 | | 304 | 2 |
| 23 | 1096 | | 792 | 5 |
| 24 | 1117 | | 792 | 5 |
| 25 | 1145 | | 792 | 5 |

**MASTER INDEX**

**EXHIBITS**

| | TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|---|
| 4 | 1210 | | 464 | 3 |
| 5 | 1211 | | 464 | 3 |
| 6 | 1212 | | 464 | 3 |
| 7 | 1213 | | 464 | 3 |
| 8 | 1214 | | 464 | 3 |
| 9 | 1215 | | 464 | 3 |
| 10 | 1224 | | 907 | 5 |
| 11 | 1228 | | 909 | 5 |
| 12 | 1229 | | 468 | 3 |
| 13 | 1231 | | 493 | 3 |
| 14 | 1259 | | 483 | 3 |
| 15 | 1272 | | 782 | 5 |
| 16 | 1280 | | 321 | 2 |
| 17 | 1282 | | 346 | 2 |
| 18 | 1291 | | 466 | 3 |
| 19 | 1292 | 403 | | 3 |
| 20 | 1293 | | 498 | 3 |
| 21 | 1294 | | 714 | 4 |
| 22 | 1295 | | 714 | 4 |
| 23 | 2006 | | 947 | 5 |
| 24 | 2006 | | 1030 | 6 |
| 25 | 2007 | | 1032 | 6 |

**MASTER INDEX**

**EXHIBITS**

| | **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|---|
| 4 | 2010 | | 325 | 2 |
| 5 | 2032 | | 1037 | 6 |
| 6 | 2039 | | 1028 | 6 |
| 7 | 2041 | | 1003 | 6 |
| 8 | 2046 | | 1048 | 6 |
| 9 | 2047 | | 1011 | 6 |
| 10 | 2048 | | 1014 | 6 |
| 11 | 2049 | | 1034 | 6 |
| 12 | 2136 | | 760 | 4 |
| 13 | 2182 | | 336 | 2 |
| 14 | 2188 | | 391 | 2 |
| 15 | 2200 | | 310 | 2 |
| 16 | 2239 | | 252 | 2 |
| 17 | 2309 | | 763 | 4 |
| 18 | 2350 | | 1089 | 6 |
| 19 | 2351 | | 567 | 3 |
| 20 | 2378 | | 689 | 4 |
| 21 | 2381 | | 607 | 4 |
| 22 | 2383 | | 606 | 4 |
| 23 | 2384 | | 682 | 4 |
| 24 | 2387 | | 611 | 4 |
| 25 | 2387 | | 685 | 4 |

**MASTER INDEX**

**EXHIBITS**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 2411 | | 600 | 4 |
| 2479 | | 1019 | 6 |
| 2833 | | 555 | 3 |
| 3116 | | 618 | 4 |
| 3127 | | 678 | 4 |
| 3130 | | 616 | 4 |
| 3153 | | 608 | 4 |
| 3339 | | 602 | 4 |
| 3412 | | 670 | 4 |
| 3431 | | 572 | 3 |
| 3435 | | 758 | 4 |
| 3473 | | 702 | 4 |
| 3475 | | 674 | 4 |
| 3484 | | 1021 | 6 |
| TX-3484 | | 1183 | 7 |
| 3559 | | 267 | 2 |
| 3885 | | 1023 | 6 |
| 3899 | | 1016 | 6 |
| 3950 | | 965 | 5 |
| 4154 | | 1091 | 6 |
| 4157 | | 857 | 5 |
| 4208 | | 1092 | 6 |

```
                    MASTER  INDEX
                      EXHIBITS
```

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 4214 | | 1095 | 6 |
| 4289 | | 898 | 5 |
| 4382 | | 1091 | 6 |
| 4422 | | 896 | 5 |
| 4481 | | 475 | 3 |
| 4505 | | 888 | 5 |
| 4767 | | 932 | 5 |
| TX-4778 | | 1183 | 7 |